```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/17/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PATRICE YAMEOGO,

                             Plaintiff,

    -against-

MACARON CAFE, LLC; MACARON PARIS, LLC; and MACARON, LLC,

                             Defendants.

23 Civ. 8981 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has received Defendants' motion to dismiss. ECF No. 9. The motion is DENIED without prejudice to renewal. Defendants are directed to comply with Rule III.B of the Court's Individual Practices in Civil Cases.

       By **December 8, 2023**, Defendants shall file their answer or otherwise respond to the complaint. The Clerk of Court is directed to terminate the motion at ECF No. 9.

       SO ORDERED.

Dated: November 17, 2023
       New York, New York

                                                             ANALISA TORRES
                                              United States District Judge