```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/20/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICE YAMEOGO,

                        Plaintiff,

-against-

MACARON CAFE, LLC; MACARON PARIS, LLC; and MACARON, LLC,

                       Defendants.

23 Civ. 8981 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Clerk of Court is directed to strike the order at ECF No. 14 and reopen the motion to dismiss at ECF No. 9.

1. By **December 8, 2023**, Plaintiff shall file his opposition papers to Defendants' motion to dismiss; and
2. By **December 22, 2023**, Defendants shall file their reply, if any.

      If Plaintiff intends to file an amended pleading—and not rely on the pleading that is the subject of Defendants' motion—he shall notify the Court and Defendants by **December 1, 2023**.

      SO ORDERED.

Dated: November 20, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge