

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/12/2024___

40 Wall Street, Suite 2508
New York, New York 10005
Tel: (212) 248-2120
www.travislawnyc.com

July 11, 2024

<u>VIA ECF</u>

The Honorable Analisa Torres
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    ***Yameogo v. Macaron Paris, LLC et al***
              **Docket No. 23 Civ. 8981**

Dear Judge Torres:

    My firm represents defendants Macaron Cafe, LLC, Macaron Paris, LLC, Macaron, LLC (the "Defendants") in the above-referenced matter. On January 2, 2024, the Court issued an order referring this case to mediation and requesting that the clerk locate *pro bono* counsel to represent the plaintiff (the "Mediation Order"). On June 5, 2024, a mediator was appointed and pro bono counsel, Susanne Keane, assigned to plaintiff. Ms. Keane and I have met and conferred on the matter. Because plaintiff previously executed a settlement stipulation releasing his claims in this case, which was the basis for Defendants' motion to dismiss (to be re-filed as a motion for summary judgment pursuant the Court's order of today, July 11, 2024), Defendants do not believe mediation would be fruitful and respectfully request that the Mediation Order be withdrawn.

                                      Sincerely,

                                      Christopher R. Travis

GRANTED. This case is hereby withdrawn from the Court-annexed Mediation Program.

SO ORDERED.

Dated: July 12, 2024
       New York, New York

                                      ANALISA TORRES
                                    United States District Judge