```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICE YAMEOGO,

                Plaintiff,

-against-

MACARON PARIS, LLC, MACARON Cafe, LLC, Macaron, LLC,

                Defendants.

23 Civ. 8981 (AT) (HJR)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of the Honorable Henry J. Ricardo's Report and Recommendation (the "R&R") dated January 14, 2025. ECF No. 42. The Clerk of Court is respectfully directed to mail a copy of the R&R to Plaintiff *pro se*.

    SO ORDERED.

Dated: January 15, 2025
       New York, New York

                                                      ANALISA TORRES
                                             United States District Judge