# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

PATRICE YAMEOGO,

                Plaintiff,              23 **CIVIL** 8981 (AT)(HJR)

    -against-                       **<u>JUDGMENT</u>**

MACARON PARIS, LLC, MACARON Cafe, LLC, and
Macaron, LLC.,

                Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 19, 2025, the Court OVERRULES Yameogo's objections to the R&R and ADOPTS the R&R in full. Accordingly, the case is closed.

**Dated:**  New York, New York

      February 19, 2025

                                                    TAMMI M. HELLWIG
                                                    **Clerk of Court**

**BY:**
                                                      _____
                                                           **Deputy Clerk**